IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE: § | |
| EL PASO CHILDREN'S HOSPITAL § | |
| CORPORATION, § | CASE NO. 15-30784 |
| DEBTOR. § | CHAPTER 11 |
| § | |
| EIN: 26-3075429 § | |
| § | |
| 4845 ALAMEDA AVENUE § | |
| EL PASO, TEXAS 79905 § | |

**NOTICE OF EMERGENCY HEARINGS ON DEBTOR'S FIRST DAY MOTIONS**

**PLEASE TAKE NOTICE** that the following matters have been scheduled for hearing on **May 21, 2015 at 1:30 p.m. (CDT)** on the matters listed below before the Honorable H. Christopher Mott at the United States Bankruptcy Courthouse, Austin Courtroom 2, Homer J. Thornberry Federal Building, 903 San Jacinto, Austin, Texas 78701:

- Notice of Designation as Complex Chapter 11 Bankruptcy Case [Dckt. No. 2]

- Emergency Motion for Pursuant to 11 U.S.C. § 363 for (i) Authority to Use Cash Collateral in the Ordinary Course; (ii) Provide Adequate Protection, and (iii) Scheduling Final Hearing (the "Cash Collateral Motion") [Dckt. No. 3]

- Emergency Motion for Order Authorizing Payment of Certain Pre-Petition Wages, Other Compensation, and Reimbursable Employee Expenses (the "Employee Motion") [Dckt. No. 4]

- Debtor's Motion to Compel Mediation (the "Mediation Motion") [Dckt. No. 5]

- Emergency Motion to Authorize Certain Procedures to Maintain the Confidentiality of Patient Information as Required by Applicable Privacy Rules ("the Patient Health Information Motion") [Dckt. No. 6]

- Emergency Motion for Order (1) Authorizing Continued Use of Existing Business Forms and Records and (2) Authorizing Maintenance of Existing Corporate Bank Accounts (the "Bank Account Motion") [Dckt. No. 7]

- Emergency Motion to Limit Notice and Establish Notice Procedures ("the Notice Procedures Motion") [Dckt. No. 8]

**PLEASE TAKE FURTHER NOTICE** that parties desiring to appear telephonically at the above-scheduled hearing may request permission to do so by emailing Courtroom Deputy Ronda Farrar at ronda_farrar@txwb.uscourts.gov with the attorney's name, the name of the party such attorney represents, the Case Name and Number, the date and time of hearing, and a direct (not cellular) telephone number.

Dated: May 19, 2015.

        Respectfully submitted,

        JACKSON WALKER L.L.P.
        100 Congress Ave., Suite 1100
        Austin, Texas 78701
        (512) 236-2000
        (512) 236-2002 - FAX


        By: /s/ *Patricia B. Tomasco*
           Patricia B. Tomasco
           State Bar No. 01797600
           (512) 236-2076 – Direct Phone
           (512) 691-4438 – Direct Fax
           Email address: ptomasco@jw.com

           Jennifer F. Wertz
           State Bar No. 24072822
           (512) 236-2247 – Direct Phone
           (512) 391-2147 – Direct Fax
           Email address: jwertz@jw.com

        **PROPOSED COUNSEL FOR THE DEBTOR-IN-POSSESSION**

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 19th day of May 2015, a true and correct copy of the foregoing has been served either electronically or via United States mail, postage prepaid, or facsimile to the following, and upon the parties listed on the attached.

  UNITED STATES TRUSTEE
  Nancy Ratchford, Assistant US Trustee
  PO Box 1539
  San Antonio, Texas 78295

                */s/ Patricia B. Tomasco*
                Patricia B. Tomasco

13389394v.1 145048/00008