**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **EL PASO CHILDREN'S HOSPITAL** | § | |
| **CORPORATION,** | § | **CASE NO. 15-30784** |
| **DEBTOR.** | § | **CHAPTER 11** |
| | § | |
| **EIN: 26-3075429** | § | |
| | § | |
| **4845 ALAMEDA AVENUE** | § | |
| **EL PASO, TEXAS 79905** | § | |

## <u>JOINT STATUS REPORT REGARDING MEDIATION</u>

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

COMES NOW, El Paso Children's Hospital Corporation ("EPCH" and/or "Debtor"), the Debtor-In-Possession in this case, and hereby submits its Status Report Regarding Mediation ("Status Report") in accordance with the Order Granting Debtor's Motion to Compel Mediation.

1. On June 12, 2015, the Court entered its Order Granting Debtor's Motion to Compel Mediation ("Mediation Order") [Dckt. No. 77]. Among other things, the Mediation Order required the Debtor and El Paso County Hospital District d/b/a University Medical Center of El Paso ("UMC") to participate in mediation with Bankruptcy Judge Tony Davis on June 25, 2015, and June 26, 2015 in El Paso, Texas. *See* Mediation Order, ¶¶ 1-2.

2. The Mediation Order also requires each of the parties to file a report advising whether or not the mediation was successful, the status of the County Commissioner's Court's consideration of any agreement that may have been reached in the mediation, and whether or not they believe a status conference should be set in this case. *See* Mediation Order, ¶ 7.

3. The parties participated in mediation on both June 25 and 26, 2015, in El Paso. At the end of the second day of mediation, the parties had not yet reached a final agreement, but agreed to continue to participation in mediation, and have scheduled such continued mediation for June 30, 2015, in Austin. At the conclusion of the mediation, the Debtor will submit an updated status report.

Dated: June 29, 2015.

Respectfully submitted,

JACKSON WALKER LLP
100 Congress Avenue, Suite 1100
Austin, Texas 78701
(512) 236-2000 – Main Telephone
(512) 236-2002 – Main Facsimile

By: */s/ Patricia B. Tomasco*
Patricia B. Tomasco
State Bar No. 01797600
(512) 236-2076 – Direct Dial
(512) 691-4438 – Direct Fax
Email: ptomasco@jw.com

Jennifer F. Wertz
State Bar No. 24072822
(512) 236-2247 – Direct Dial
(512) 391-2147 – Direct Fax
Email: jwertz@jw.com

**PROPOSED COUNSEL FOR THE DEBTOR-IN-POSSESSION**

NORTON ROSE FULBRIGHT US LLP

By: */s/ Liz Boydston*
Louis R. Strubeck, Jr.
State Bar No. 19425600
Liz Boydston
State Bar No. 24053684
2200 Ross Avenue, Suite 2600
Dallas, Texas 75201
(214) 855-8000 – Main Telephone
(214) 855-8200 – Main Facsimile
louis.strubeck@nortonrosefulbright.com
liz.boydston@nortonrosefulbright.com

**COUNSEL FOR EL PASO COUNTY HOSPITAL DISTRICT D/B/A UNIVERSITY MEDICAL CENTER OF EL PASO**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of June 2015, a true and correct copy was served via the Court's CM/ECF electronic notification system upon the parties listed below, and via United States mail, postage prepaid upon the parties listed on the attached service list.

UNITED STATES TRUSTEE
Kevin Epstein, Trial Attorney
615 E Houston Street, Room 533
San Antonio, Texas 78205

/s/ *Jennifer F. Wertz*
Jennifer F. Wertz