TEXAS TECH UNIVERSITY
4800 ALBERTA
EL PASO, TX 79905

MEDASSETS, INC.
P.O. BOX 405652
ATLANTA, GA 30384-5652

CARDINAL HLTH MED PROD & SVC
P.O. BOX 730112
DALLAS, TX 75373-0112

AMERISOURCE BERGEN DRUG CORP.
P.O. BOX 100741
PASADENA, CA 91189-0741

ACCREDO HEALTH GROUP, INC.
P.O. BOX 906027
CHARLOTTE, NC 28290-6027

CHILDREN'S HOSPITAL ASSOC. TX
823 CONGRESS AVE., SUITE 1500
AUSTIN, TX 78701-2405

HILL ROM
P.O. BOX 643592
PITTSBURGH, PA 15264-3592

PROLACTA BIOSCIENCE, INC.
757 BALDWIN PARK BLVD.
ATTN: ACCOUNTS RECEIVABLE
CITY OF INDUSTRY, CA 91746

ABBOTT LABS
P.O. BOX 100997
ATLANTA, GA 30384

DEPT OF HEALTH & HUMAN SER
HHSC - ARTS
P.O. BOX 149055
AUSTIN, TX 78714-9055

NOVA BIOMEDICAL CORP.
P.O. BOX 983115
BOSTON, MA 02298-3115

INO THERAPEUTICS, LLC
P.O. BOX 9001
53 FRONTAGE RD., 3RD FLOOR
HAMPTON, NJ 08827-9001

CERNER CORPORATION
P.O. BOX 412702
KANSAS CITY, MO 64141-2702

BUNNELL INCORPORATED
436 SOUTH LAWNDALE DR.
SALT LAKE CITY, UT 84115

PASO DEL NORTE HIE
221 N. KANSAS ST., STE. 1900
EL PASO, TX 79901

JOHNSON & JOHNSON/ETHICON
5972 COLLECTIONS CENTER
CHICAGO, IL 60693

INTEGRA LIFESCIENCES SALES LLC
P.O. BOX 404129
ATLANTA, GA 30384-4129

STAPLES ADVANTAGE
DEPT DAL
P.O. BOX 83689
CHICAGO, IL 60696-3689

TMHP FINANCIAL DEPARTMENT
12357-B RIATA TRACE PKWY
SUITE 100
AUSTIN, TX 78727

SMITH AND NEPHEW, INC.
P.O. BOX 951605
DALLAS, TX 75395-1605

BECKMAN COULTER, INC.
DEPT CH 10164
PALATINE, IL 60055-0164

FEDERAL REPUBLIC OF GERMANY
OFFICE OF DEFENSE ADMIN.
11150 SUNRISE VALLEY DR.
RESTON, VA 20191

KLS MARTIN L P
P.O. BOX 204322
DALLAS, TX 75320-4322

ABBOTT NUTRITION
75 REMITTANCE DR., STE 1310
CHICAGO, IL 60675-1310

VAPOTHERM, INC.
22 INDUSTRIAL DRIVE
EXETER, NH 03833

SUPERIOR HEALTH
P.O. BOX 3000
FARMINGTON, MO 63640

AETNA US HEALTHCARE
P.O. BOX 14079
LEXINGTON, KY 40512

BIOMET MICROFIXATION
75 REMITTANCE DR.
SUITE 3283
CHICAGO, IL 60675-3283

GULF COAST PHARMACEUTICAL PLU
P.O. BOX 6704
GREENVILLE, SC 29606

SUTURE EXPRESS
P.O. BOX 842806
KANSAS CITY, MO 64184-2806

UMC OF EL PASO
4815 ALAMEDA AVE.
EL PASO, TX 79905

CHRISTOPHER A. WARD
POLSINELLI PC
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

JAMES H. BILLINGSLEY
POLSINELLI, PC
2501 N HARDWOOD, SUITE 1900
DALLAS, TEXAS 75201

STRYKER ORTHOPAEDICS
PURKEY & ASSOCIATES
5050 CASCADE RD., SE, SUITE A
GRAND RAPIDS, MI 49546

UNITED STATES TRUSTEE
KEVIN EPSTEIN, TRIAL ATTORNEY
615 E HOUSTON STREET, ROOM 533
SAN ANTONIO, TEXAS 78205

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OFFICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

UNITED STATES ATTORNEY
700 E SAN ANTONIO, SUITE 200
EL PASO, TEXAS 79901

UNITED STATES ATTORNEY
GENERAL
DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON, D.C. 20530

TEXAS COMPTROLLER OF PUBLIC
ACCOUNTS
REVENUE ACCOUNTING DIVISION –
BANKRUPTCY SECTION
PO BOX 13258
AUSTIN, TEXAS 78711

TEXAS WORKFORCE COMMISSION
TEC BUILDING – BANKRUPTCY
101 E. 15TH STREET
AUSTIN, TEXAS 78778

HAL F. MORRIS
ASHLEY F. BARTRAM
CHRISTOPHER S. MURPHY
TEXAS ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548 – MC 008
AUSTIN, TEXAS 78711-2548

LOUIS R. STRUBECK, JR.
ELIZABETH N. BOYDSTON
NORTON ROSE FULBRIGHT US LLP
2200 ROSS AVENUE, SUITE 3600
DALLAS, TEXAS 75201

Kimberly A. Walsh, Esq.
Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
PO Box 12548
Austin, Texas 78711-2548

Morton R. Branzburg, Esquire
Klehr | Harrison | Harvey | Branzburg, LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

Robert A. Simon
Whitake Chalk Swindle & Schwartz, PLLC
301 Commerce Street, Suite 2500
Fort Worth, Texas 76102

Catherine A. Keith
Darrell W. Cook & Associates
A Professional Corporation
One Meadows Building
5005 Greenville Avenue, Suite 200
Dallas, Texas 75206

County of El Paso
c/o Wiley James, III
James & Haugland, P.C.
609 Montana Ave.
El Paso, Texas 79902