## Gradney, Kendra

| | |
|---|---|
| **From:** | Boydston, Liz <liz.boydston@nortonrosefulbright.com> |
| **Sent:** | Tuesday, June 23, 2015 4:51 PM |
| **To:** | Wertz, Jennifer; Tomasco, Patty |
| **Cc:** | Strubeck, Louis; Drake, Scott; Springer, Tim |
| **Subject:** | EPCH: UMC's Responses & Objection to Debtor's 2004 Notices and UMC's first production of documents |
| **Attachments:** | UMC First Production Letter to EPCH.pdf; UMC Responses and Objections to 2004 Exam Requests and Scope.pdf |

Jennifer

Please see the attached letter regarding El Paso County Hospital District d/b/a University Medical Center of El Paso ("UMC")'s first production of documents bearing bates numbers UMC-0000001 through UMC-0003206 pursuant to the Debtor's Notices of Rule 2004 Examinations of James Valenti and the Representative of El Paso County Hospital District d/b/a University Medical Center of El Paso and the June 19, 2015 email to limit the scope of the document requests.

These documents are produced subject to the attached Reponses and Objections of El Paso Hospital District D/B/A University Medical Center of El Paso to the Debtor's Notice of Rule 2004 Examination. Counsel for UMC is available for a meet and confer call to discuss UMC's responses and objections.

These documents are being sent to you via a separate email from Norton Rose Fulbright's Document Share Link. The directions to access these documents are included in a separate email. Please do not hesitate to follow-up with me or Tim Springer (214-855-8094) if you have difficulty accessing the materials.

Please confirm receipt of UMC's first production.

**Liz Boydston** | Sr. Associate
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600, Dallas, Texas 75201-7932, United States
Tel +1 214 855 7475 | Fax +1 214 855 8200
liz.boydston@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com

*Norton Rose Fulbright – top 3 global legal brand: Acritas' Sharplegal 2014 Global Elite Brand Index*

***The Dallas office has a new location. Please make note of our new address.***

**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but



**EXHIBIT A**

does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.



**EXHIBIT A**