## Gradney, Kendra

| | |
|---|---|
| **From:** | Gradney, Kendra |
| **Sent:** | Wednesday, June 24, 2015 6:47 PM |
| **To:** | louis.strubeck@nortonrosefulbright.com; liz.boydston@nortonrosefulbright.com |
| **Cc:** | tim.springer@nortonrosefulbright.com; Wertz, Jennifer; Thomas, Carole; Tomasco, Patty |
| **Subject:** | In re EPCH ("Debtor") 15-30784 |
| **Attachments:** | Debtor Response to UMC 2004 Examination.pdf |

Counsel:

Attached is the Debtor's Responses and Objections to Rule 2004 Examination and Subpoena Duces Tecum ("Responses"). Subject to the Debtor's Responses, below is a link to the Debtor's production, which has been Bates labeled EPCH 00001-02080.

https://jacksonwalker.sharefile.com/d-sf43b265d0d34cedb

Please confirm receipt of the Debtor's Responses and production.

Thank you.

**Kendra Gradney**
Certified Bankruptcy Assistant
**Jackson Walker L.L.P.**
100 Congress Avenue, Suite 1100
Austin, Texas 78701
O: (512) 236-2313
F: (512) 236-2002
kgradney@jw.com
www.jw.com

JACKSON WALKER LLP
TEXAS BASED. GLOBAL REACH.™ SINCE 1887

DALLAS | AUSTIN | HOUSTON | SAN ANTONIO | FORT WORTH | SAN ANGELO | TEXARKANA

The information contained in this E-MAIL message may be confidential and/or privileged. This E-MAIL message is intended to be reviewed initially by only the individual(s) named above. If the reader of this E-MAIL message is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this E-MAIL message or the information contained herein is prohibited. If you have received this E-MAIL message in error, please immediately notify the sender by e-mail or by telephone and return this E-MAIL message to the sender. Thank you.



**EXHIBIT B**

**Gradney, Kendra**

| | |
|---|---|
| **From:** | Thomas, Carole |
| **Sent:** | Friday, June 26, 2015 5:07 PM |
| **To:** | louis.strubeck@nortonrosefulbright.com; liz.boydston@nortonrosefulbright.com |
| **Cc:** | tim.springer@nortonrosefulbright.com; Wertz, Jennifer; Tomasco, Patty; Gradney, Kendra |
| **Subject:** | RE: In re EPCH ("Debtor") 15-30784 |

Counsel:

Subject to the Debtor's Responses and Objections to Rule 2004 Examination and Subpoena Duces Tecum served upon UMC on June 24, 2015, below is a link to the Debtor's additional production, which has been Bates labeled EPCH 02081 – 03845.

https://jacksonwalker.sharefile.com/d-sc8d2d460837449a9

Please confirm receipt of the additional production.

Thank you.

Carole C. Thomas | Paralegal
100 Congress Ave Ste 1100 | Austin TX | 78701-4042
T: 512.236.2342 | F: 512.391.2163
ccthomas@jw.com | www.jw.com
Austin | Dallas | Fort Worth | Houston | San Angelo | San Antonio

JACKSON WALKER LLP
TEXAS BASED. GLOBAL REACH.™ SINCE 1887

DALLAS | AUSTIN | HOUSTON | SAN ANTONIO | FORT WORTH | SAN ANGELO | TEXARKANA

The information contained in this E-MAIL message may be confidential and/or privileged. This E-MAIL message is intended to be reviewed initially by only the individual(s) named above. If the reader of this E-MAIL message is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this E-MAIL message or the information contained herein is prohibited. If you have received this E-MAIL message in error, please immediately notify the sender by e-mail or by telephone and return this E-MAIL message to the sender. Thank you.

---

**From:** Gradney, Kendra
**Sent:** Wednesday, June 24, 2015 6:47 PM
**To:** louis.strubeck@nortonrosefulbright.com; liz.boydston@nortonrosefulbright.com
**Cc:** tim.springer@nortonrosefulbright.com; Wertz, Jennifer; Thomas, Carole; Tomasco, Patty
**Subject:** In re EPCH ("Debtor") 15-30784

Counsel:



**EXHIBIT B**

Attached is the Debtor's Responses and Objections to Rule 2004 Examination and Subpoena Duces Tecum ("Responses"). Subject to the Debtor's Responses, below is a link to the Debtor's production, which has been Bates labeled EPCH 00001-02080.

https://jacksonwalker.sharefile.com/d-sf43b265d0d34cedb

Please confirm receipt of the Debtor's Responses and production.

Thank you.

**Kendra Gradney**
Certified Bankruptcy Assistant
**Jackson Walker L.L.P.**
100 Congress Avenue, Suite 1100
Austin, Texas 78701
O: (512) 236-2313
F: (512) 236-2002
kgradney@jw.com
www.jw.com

JACKSON WALKER LLP
TEXAS BASED. GLOBAL REACH. SINCE 1887

DALLAS | AUSTIN | HOUSTON | SAN ANTONIO | FORT WORTH | SAN ANGELO | TEXARKANA

The information contained in this E-MAIL message may be confidential and/or privileged. This E-MAIL message is intended to be reviewed initially by only the individual(s) named above. If the reader of this E-MAIL message is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this E-MAIL message or the information contained herein is prohibited. If you have received this E-MAIL message in error, please immediately notify the sender by e-mail or by telephone and return this E-MAIL message to the sender. Thank you.



**EXHIBIT B**