**Gradney, Kendra**

| | |
|---|---|
| **From:** | Thomas, Carole |
| **Sent:** | Wednesday, July 08, 2015 3:40 PM |
| **To:** | 'louis.strubeck@nortonrosefulbright.com'; 'liz.boydston@nortonrosefulbright.com' |
| **Cc:** | 'tim.springer@nortonrosefulbright.com'; Wertz, Jennifer; Tomasco, Patty; Gradney, Kendra |
| **Subject:** | In re EPCH ("Debtor") 15-30784 |

Counsel:

Subject to the Debtor's Responses and Objections to Rule 2004 Examination and Subpoena Duces Tecum served upon UMC on June 24, 2015, below is a link to the Debtor's additional production, which has been Bates labeled EPCH 03845 - 04320.

https://jacksonwalker.sharefile.com/d-s4233bcd64034c319

Please confirm receipt of the additional production.

Thank you.

Carole C. Thomas | Paralegal
100 Congress Ave Ste 1100 | Austin TX | 78701-4042
T: 512.236.2342 | F: 512.391.2163
ccthomas@jw.com | www.jw.com
Austin | Dallas | Fort Worth | Houston | San Angelo | San Antonio

JACKSON WALKER LLP
TEXAS BASED. GLOBAL REACH. SINCE 1887



**EXHIBIT C**